# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JH STARK COMPANIES, a California Corporation, JEFFREY STARK and RACHEL DONALDSON<br>    Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER MARTORELLA and LAURA MARTORELLA<br>    Defendants. | Civil Action No:<br>1:20-cv-03893-SDG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ P. 41(a)(1)(A)(ii), Plaintiffs JH Stark Companies, Jeffrey Stark and Rachel Donaldson (collectively the "Plaintiffs"), and the Defendants Christopher Martorella and Laura Martorella (collectively the "Defendants"), hereby stipulate and agree that the above-styled civil action is hereby dismissed with prejudice, with the Plaintiffs and Defendants each to pay their own fees and costs.

This 16th day of December, 2021.

BOUHAN FALLIGANT LLP
Post Office Box 2139
Savannah, Georgia 31402-2139
(912) 232-7000
mpuccini@bouhan.com

/S/Margaret S. Puccini
Margaret S. Puccini
Georgia Bar No. 645880
Attorneys for Plaintiffs

/S/A. McCampbell Gibson
A McCampbell Gibson
Georgia Bar No. 292741
Attorneys for Defendants

The Finley Firm, P.C.
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C

I hereby certify that the foregoing document was prepared in Times New Roman, 14-point font, as provided by Local Rule 5.1C.

/S/ Margaret S. Puccini
Margaret S. Puccini
State Bar No. 645880
Attorneys for Plaintiffs

BOUHAN FALLIGANT LLP
Post Office Box 2139
Savannah, Georgia  31402-2139
(912) 232-7000
mpuccini@bouhan.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk Court using the CM-ECF System which will automatically send email notification of such filing to all attorneys of record.

This 16th day of December, 2021.

*/S/ Margaret S. Puccini*
Margaret S. Puccini
State Bar No. 645880
Attorneys for Plaintiffs

BOUHAN FALLIGANT LLP
Post Office Box 2139
Savannah, Georgia    31402-2139
(912) 232-7000
mpuccini@bouhan.com